## GATEWAY, KELSO AND COMPANY, INC. *v.* WEST HARTFORD NO. 1, LLC

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 578 (AC 31374), is denied.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*James G. Green, Jr.,* and *Daniel J. Klau,* in opposition.

Decided March 31, 2011

## MELVIN THOMPSON *v.* VERNON J. LEFTRIDGE, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 32405) is denied.

*Vernon J. Leftridge, Jr.,* pro se, in support of the petition.

Decided March 31, 2011

## MELVIN THOMPSON *v.* VERNON J. LEFTRIDGE, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 32558) is denied.

*Vernon J. Leftridge, Jr.,* pro se, in support of the petition.

Decided March 31, 2011